

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00569-CR

Edward **HOUSTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 458914
Honorable John Longoria, Judge Presiding

## O R D E R

    The clerk's record shows that on June 26, 2014 an information was filed charging appellant with the misdemeanor offense of driving while intoxicated on or about May 8, 2014. The State subsequently filed a motion to dismiss the information stating that it was unable to prove the offense beyond a reasonable doubt. The trial court granted the motion to dismiss, and dismissed the case on August 31, 2015. Appellant filed a pro se notice of appeal on September 4, 2015. There being no judgment of conviction or other appealable order in this case, appellant is hereby ORDERED to show cause in writing **within ten (10) days** from the date of this order stating why this appeal should not be dismissed for want of jurisdiction. TEX. R. APP. P. 25.2(a)(2).

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court